**Daniel Wayne ORR, Plaintiff–
Appellant,**

v.

**J. Henry BANKS, individually and in
his/her official capacity as Justice of
the District Court of Vance County,
Defendant–Appellee.**

No. 12–6126.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 19, 2012.

Decided: April 26, 2012.

Daniel Wayne Orr, Appellant Pro Se.

Before NIEMEYER, SHEDD, and
FLOYD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Daniel Wayne Orr seeks to appeal the
district court's order adopting the magistrate judge's recommendation and dismissing his complaint as frivolous. We dismiss
the appeal for lack of jurisdiction because
the notice of appeal was not timely filed.

Parties are accorded thirty days after
the entry of the district court's final judgment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6).
"[T]he timely filing of a notice of appeal in
a civil case is a jurisdictional requirement."
*Bowles v. Russell*, 551 U.S. 205, 214, 127
S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered
on the docket on December 5, 2011. The
notice of appeal was filed on January 13,
2012. Because Orr failed to file a timely
notice of appeal or to obtain an extension
or reopening of the appeal period, we dismiss the appeal. We dispense with oral
argument because the facts and legal contentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*